JUNE 30, 1959

No. 63218.—SUIT 4969.—United States *v.* Baar & Beards, Inc. —A.R.D. 85 reversed March 16, 1959. C.A.D. 705.

BEFORE THE THIRD DIVISION, JULY 7, 1959

No. 63219.—World Cheese Co. *v.* United States, protest 58/15791 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63220.—Tice & Lynch, Inc. *v.* United States, protest 58/21346 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63221.—Milbank-Hardy, Inc. *v.* United States, protest 58/24184 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63222.—Airport Clearance Service *v.* United States, protest 58/24609 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.